**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DOROTHY ALFORD**                                                              **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.1:07CV814 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**        **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [143] of State Farm Fire and Casualty Company to compel compliance with the order of disqualification entered on April 4, 2008, is **CONDITIONALLY DENIED**. The denial of this motion shall become final if, within fourteen days of the date of this order, Don Barrett, Esq. and the Provost Umphrey attorney who appears on behalf of the former clients sign and file in the record of this case (and, within fourteen days of its first entry of appearance in any other case in which Provost Umphrey undertakes the representation of a former SKG client) a statement that contains the following representations to the Court:

1. There is and will be no agreement between Provost Umphrey and any of the disqualified attorneys for a division of fees or any other arrangement of any kind for the payment of compensation to any of the disqualified attorneys for work performed after the date of my order of disqualification;

2. Neither Barrett nor any of the disqualified attorneys will participate, directly or indirectly, with Provost Umphrey in the future representation of these former clients; and

3. There is and will be no financial arrangement or understanding in connection with any Katrina case between Provost Umphrey and any of the disqualified attorneys for the payment of any sums other than expenses reasonably incurred before April 4, 2008, and for services rendered before April 4, 2008, on a *quantum meruit* basis, if a right of recovery for these sums were asserted and established.

**SO ORDERED** this 12th day of June, 2008.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE